No. 75–862.  INGRAM *v.* GEORGIA, 424 U. S. 914;

No. 75–930.  INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. *v.* EAZOR EXPRESS, INC., ET AL., 424 U. S. 935; and

No. 75–5975.  COZZETTI *v.* CENTRAL TELEPHONE CO. ET AL., 424 U. S. 925.  Petitions for rehearing denied.

## APRIL 5, 1976

No. 75–1024.  CITIZENS FOR PARENTAL RIGHTS ET AL. *v.* SAN MATEO COUNTY BOARD OF EDUCATION ET AL.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 75–6328.  OGROD *v.* OGROD.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 75–1128.  PHOENIX NEWSPAPERS, INC., ET AL. *v.* CHURCH.  Appeal from Ct. App. Ariz. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–1176.  KADANS *v.* STATE BAR OF NEVADA.  Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction.

No. A–834 (75–1379).  MEYER *v.* UNITED STATES. C. A. 5th Cir.  Application for stay of execution and enforcement of judgment of conviction entered by the United States District Court for the Northern District of